# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

NADHIR ABDUL-HAKEEM, ET AL.,     CIVIL ACTION NO.: 3:25-CV-01537

    Plaintiff,

        v.

71 FOUNTAIN TERRACE
CONDOMINIUM ASSOCIATION, INC.,
ET AL.,

Date: February 9, 2026

    Defendants.

## JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE

Pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. R. 7(b) the parties request that this Court refer this matter to a Magistrate Judge for a settlement conference.

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441• JURIS NO. 404459

104866082.v1

| PLAINTIFFS, | DEFENDANTS |
| --- | --- |
| NADHIR ABDUL-HAKEEM, SARA HASSAN | 71 FOUNTAIN TERRACE CONDOMINIUM ASSOCIATION, INC. |

| | |
| --- | --- |
| By */s/ Pamela Heller* <br> Pamela Heller <br> pheller@ctfairhousing.org <br> Adriana Barajas <br> abarajas@ctfairhousing.org <br> CT Fair Housing <br> 60 Popieluszko Court <br> Hartford, CT  06106 <br> Phone:  860-247-4400 <br> Fax:  860-247-4236 | By:/s/ Cristin E. Sheehan <br> Cristin E. Sheehan <br> cesheehan@morrisonmahoney.com <br> ct26207 <br> Megan H. DeFrank <br> mdefrank@morrisonmahoney.com <br> ct31507 <br> Morrison Mahoney LLP <br> One Constitution Plaza, 10th Floor <br> Hartford, CT 06103 <br> Phone: 860-616-4441 <br> Fax:    860-244-3800 |

**DEFENDANT,**
**CHELSEA FORST**

By:  /s/ Michael Steven Wrona
Michael Steven Wrona
Marshal Dennehey
700 State Street, 3rd Floor
New Haven, CT 06511
Phone:  203-714-4565
Fax:  203-714-4561
mswrona@mdwcg.com

## **CERTIFICATION**

  I hereby certify that on this same date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

               */s/ Cristin E. Sheehan*
               Cristin E. Sheehan

3

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441• JURIS NO. 404459